SONJA E. BLOMQUIST, SBN 099341
VERNICE T. LOUIE, SBN 225668
LOW, BALL & LYNCH
505 Montgomery Street, 7th Floor
San Francisco, California 94111-2584
Telephone: (415) 981-6630
Facsimile: (415) 982-1634

Attorneys for Defendants
MOORE DRY DOCK COMPANY
and VERITAS CONSTRUCTION, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LAVERN GEESA, JR., <br><br> Plaintiff, <br><br> v. <br><br> GENERAL ELECTRIC COMPANY, et al. <br><br> Defendants. | CASE NO. CV 09-04881 CRB <br><br> [PROPOSED] ORDER DIRECTING CLERK OF THE COURT TO ACCEPT MOORE DRY DOCK COMPANY and VERITAS CONSTRUCTION, INC.'S SUBSTITUTION OF ATTORNEYS |

Defendants MOORE DRY DOCK COMPANY ("Moore Dry Dock") and VERITAS CONSTRUCTION, INC. ("Veritas") ceased doing business in 1960, but has not declared bankruptcy. Moore Dry Dock and Veritas's person most knowledgeable, James Moore, became unable to testify at deposition several years ago because of advanced age, and he died in 2012.

Moore Dry Dock and Veritas's insurer wants to change defense counsel, requiring a substitution of attorneys. There is no representative of Moore Dry Dock and Veritas to sign the substitution of attorneys.

Moore Dry Dock and Veritas request an order directing the Clerk of the Court to accept the substitution of attorneys in this case, even though the substitution will lack the signature of a Moore Dry Dock and Veritas representative.

-2-

1   FOR GOOD CAUSE SHOWN, this Court directs the clerk of the court to
2   accept for filing the attached substitution of attorney even though it does not
3   include a signature for the clients.

4
5   Dated: January 25, 2013



JUDGE OF THE U.S. DISTRICT COURT

IT IS SO ORDERED
Judge Charles R. Breyer

ORDER DIRECTING CLERK OF THE COURT TO ACCEPT SUBSTITUTION OF ATTORNEY
\\Server7\gen-ins\1764\Sf1182\Pld\USDC NorthernDist\Order re Substitution of Attorneys.doc