1  SONJA E. BLOMQUIST, SBN 099341
   VERNICE T. LOUIE, SBN 225668
2  LOW, BALL & LYNCH
   505 Montgomery Street, 7th Floor
3  San Francisco, California 94111-2584
   Telephone: (415) 981-6630
4  Facsimile: (415) 982-1634

5  Attorneys for Defendants
   MOORE DRY DOCK COMPANY
6  and VERITAS CONSTRUCTION, INC.

7

8                UNITED STATES DISTRICT COURT

9                NORTHERN DISTRICT OF CALIFORNIA

10

11 LAVERN GEESA, JR.,                  ) CASE NO. CV 09-04881 CRB
                                       )
12              Plaintiff,             ) [PROPOSED]
                                       ) ORDER DIRECTING CLERK
13      v.                             ) OF THE COURT TO ACCEPT
                                       ) MOORE DRY DOCK COMPANY
14 GENERAL ELECTRIC COMPANY,           ) and VERITAS CONSTRUCTION,
   et al.                              ) INC.'S SUBSTITUTION OF
15                                     ) ATTORNEYS
                Defendants.            )
16

17      Defendants MOORE DRY DOCK COMPANY ("Moore Dry Dock")

18 and VERITAS CONSTRUCTION, INC. ("Veritas") ceased doing business in

19 1960, but has not declared bankruptcy. Moore Dry Dock and Veritas's person

20 most knowledgeable, James Moore, became unable to testify at deposition several

21 years ago because of advanced age, and he died in 2012.

22      Moore Dry Dock and Veritas's insurer wants to change defense counsel,

23 requiring a substitution of attorneys. There is no representative of Moore Dry

24 Dock and Veritas to sign the substitution of attorneys.

25      Moore Dry Dock and Veritas request an order directing the Clerk of the

26 Court to accept the substitution of attorneys in this case, even though the

27 substitution will lack the signature of a Moore Dry Dock and Veritas

28 representative.

-1-

-2-

1    FOR GOOD CAUSE SHOWN, this Court directs the clerk of the court to
2 accept for filing the attached substitution of attorney even though it does not
3 include a signature for the clients.

4
5   Dated:   January 25, 2013        _____
                                     JUDGE OF THE U.S. DISTRICT COURT

IT IS SO ORDERED
Judge Charles R. Breyer

-2-
ORDER DIRECTING CLERK OF THE COURT TO ACCEPT SUBSTITUTION OF ATTORNEY
\\Server7\gen-ins\1764\Sf1182\Pld\USDC NorthernDist\Order re Substitution of Attorneys.doc