ALAN R. BRAYTON, ESQ., S.B. #73685
DAVID R. DONADIO, ESQ., S.B. #154436
Email: DDonadio@braytonlaw.com
BRAYTON✦PURCELL LLP
Attorneys at Law
222 Rush Landing Road
P.O. Box 6169
Novato, California 94948-6169
(415) 898-1555
(415) 898-1247 (Facsimile)

Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| LAVERN GEESA, JR., <br><br> Plaintiff, <br><br> vs. <br><br> GENERAL ELECTRIC COMPANY, et al., <br><br> Defendants. | No. 3:09-cv-04881-CRB <br><br> **DISMISSAL OF DEFENDANT FOSTER WHEELER LLC (FKA FOSTER WHEELER CORPORATION), WITHOUT PREJUDICE; ORDER** <br><br> This document relates to: <br><br> *Lavern Geesa, Jr. v. General Electric Company, et al.,* United States District Court, Eastern District of Pennsylvania, Case No. 2:09-cv-92274-ER |

The parties request this Court dismiss defendant FOSTER WHEELER LLC (FKA FOSTER WHEELER CORPORATION) from this action without prejudice. Each party to bear its own fees and costs.

///

///

///

1
DISMISSAL OF DEFENDANT FOSTER WHEELER LLC (FKA FOSTER WHEELER CORPORATION), WITHOUT PREJUDICE; ORDER

| | | |
|---|---|---|
| 1 | Dated: July 29, 2013 | BRAYTON❖PURCELL LLP |
| 2 | | |
| 3 | | |
| 4 | | |
| 5 | | By: s/ David R. Donadio<br>DAVID R. DONADIO, ESQ., S.B. #154436<br>Email: DDonadio@braytonlaw.com |
| 6 | | Tel: (415) 898-1555<br>Fax: (415)898-1247 |
| 7 | | Attorneys for Plaintiff |
| 8 | | |
| 9 | | |
| 10 | Dated: Aug. 29, 2013 | BRYDON HUGO & PARKER |
| 11 | | |
| 12 | | |
| 13 | | |
| 14 | | By: /s/ (for) SHELLEY K. TINKOFF, ESQ. S.B. #187498 |
| 15 | | Attorneys for Defendant<br>FOSTER WHEELER LLC (FKA FOSTER WHEELER CORPORATION) |
| 16 | | |
| 17 | | |
| 18 | | |
| 19 | Dated: Sept. 3, 2013 | SO ORDERED: |
| 20 | | |
| 21 | | IT IS SO ORDERED |
| 22 | | |
| 23 | | United States District Judge — Judge Charles R. Breyer |

2
DISMISSAL OF DEFENDANT FOSTER WHEELER LLC (FKA FOSTER WHEELER CORPORATION), WITHOUT PREJUDICE; ORDER