ALAN R. BRAYTON, ESQ., S.B. #73685
DAVID R. DONADIO, ESQ., S.B. #154436
Email: DDonadio@braytonlaw.com
BRAYTON❖PURCELL LLP
Attorneys at Law
222 Rush Landing Road
P.O. Box 6169
Novato, California 94948-6169
(415) 898-1555
(415)898-1247 (Facsimile)

Attorneys for Plaintiff

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

## SAN FRANCISCO DIVISION

|  |  |
|---|---|
| LAVERN GEESA, JR.,<br><br>           Plaintiff,<br><br>vs.<br><br>GENERAL ELECTRIC COMPANY,<br>*et al.,*<br><br>           Defendants. | No. 3:09-cv-04881-CRB<br><br>**DISMISSAL OF DEFENDANT FOSTER WHEELER LLC (FKA FOSTER WHEELER CORPORATION), WITHOUT PREJUDICE; ORDER**<br><br>This document relates to:<br><br>*Lavern Geesa, Jr. v. General Electric Company, et al.,* United States District Court, Eastern District of Pennsylvania, Case No. 2:09-cv-92274-ER |

The parties request this Court dismiss defendant FOSTER WHEELER LLC (FKA FOSTER WHEELER CORPORATION) from this action without prejudice. Each party to bear its own fees and costs.

///

///

///

BRAYTON❖PURCELL LLP
ATTORNEYS AT LAW
222 RUSH LANDING ROAD
P O BOX 6169
NOVATO, CALIFORNIA 94948-6169
(415) 898-1555

1

1    Dated: __July 29, 2013_____       BRAYTON❖PURCELL LLP

2

3

4

5                             By:s/ David R. Donadio_____
                                 DAVID R. DONADIO, ESQ., S.B. #154436

6                               Email: DDonadio@braytonlaw.com
                               Tel: (415) 898-1555

7                               Fax: (415)898-1247
                               Attorneys for Plaintiff

8

9

10   Dated: _Aug. 29, 2013_____      BRYDON HUGO & PARKER

11

12

13                         By: _____

14                   for   SHELLEY K. TINKOFF, ESQ. S.B. #187498

15                              Attorneys for Defendant
                               FOSTER WHEELER LLC (FKA FOSTER

16                               WHEELER CORPORATION)

17

18   Dated: _Sept. 3, 2013_____      **SO ORDERED:**

19

20

21

22                        _____

23              United States District Court Judge

24

25

26

27

28

DISMISSAL OF DEFENDANT FOSTER WHEELER LLC (FKA FOSTER WHEELER CORPORATION),
WITHOUT PREJUDICE; ORDER