# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LAVERN GEESA, JR.,<br><br>   Plaintiff,<br><br>vs.<br><br>GENERAL ELECTRIC COMPANY, *et al.*,<br><br>   Defendants. | Case No. 3:09-cv-04881-CRB<br><br>**ORDER GRANTING PARTIES' DISMISSAL WITH PREJUDICE OF DEFENDANT MOORE DRY DOCK COMPANY** |

  PURSUANT TO STIPULATION, **IT IS SO ORDERED.** All claims against Defendant MOORE DRY DOCK COMPANY are hereby dismissed with prejudice pursuant to Rule 41 of the Federal Rules of Civil Procedure.

Dated: January 10, 2014

By: /s/ Charles R. Breyer
Charles R. Breyer
United States District Judge