BRAYTON♦PURCELL LLP
222 RUSH LANDING ROAD
P O BOX 6169
NOVATO, CALIFORNIA 94948-6169
(415) 898-1555

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| LAVERN GEESA, JR., | ) | No. 3:09-cv-04881-CRB |
| | ) | |
| Plaintiff, | ) | **ORDER GRANTING PARTIES'** |
| | ) | **DISMISSAL WITH PREJUDICE OF** |
| vs. | ) | **DEFENDANT FOSTER WHEELER** |
| | ) | **LLC *fka* FOSTER WHEELER** |
| GENERAL ELECTRIC COMPANY, et al., | ) | **CORPORATION** |
| | ) | |
| Defendants. | ) | |
| _____ | ) | |

PURSUANT TO STIPULATION, **IT IS SO ORDERED**. All claims against Defendant FOSTER WHEELER LLC *fka* FOSTER WHEELER CORPORATION are hereby dismissed with prejudice pursuant to Rule 41 of the Federal Rules of Civil Procedure.

Dated:  November 18, 2014     By: _____
                              Charles R. Breyer
                              United States District Judge

*[Seal: IT IS SO ORDERED / Judge Charles R. Breyer / United States District Court, Northern District of California]*

1